# RODE & QUALEY

MICHAEL S. O'ROURKE
PATRICK D. GILL
R. BRIAN BURKE
WILLIAM J. MALONEY
ELEANORE KELLY-KOBAYASHI

ATTORNEYS AT LAW

55 WEST 39TH STREET
NEW YORK, N.Y. 10018

(212) 944-7333

FACSIMILE: (212) 719-1828
WEBSITE:
WWW.RODE-QUALEY.COM
E-MAIL:
TRADELAW@RODE-QUALEY.COM

November 24, 2009

Hon. Tina Potuto Kimble

United States Court of International Trade

One Federal Plaza

New York, NY 10278

Re:     *Target Stores, a division of Target Corporation* v. *United States,*
Consolidated Court No. 06-00444

Dear Ms. Kimble:

Plaintiff filed its response to defendant's motion in limine in the above-captioned case yesterday. During the trial, the Court intimated that it might reserve decision on the motion until it renders its final opinion on the merits in the case. In the event that the Court elects to separately rule on the motion in limine, attached hereto is a proposed order denying said motion.

Very truly yours,

Patrick D. Gill

PDG:jmt
Attachment
Fp91124k.jmt.335

Cc:    Justin R. Miller, Esq.

# UNITED STATES COURT OF INTERNATIONAL TRADE
Before: Hon. Thomas J. Aquilino, Jr., Senior Judge

| | | |
|---|---|---|
| TARGET STORES, A DIVISION OF TARGET CORPORATION | : : : | |
| Plaintiff, | : | Court No. 06-00444 |
| v. | : : | |
| THE UNITED STATES, | : : | |
| Defendant. | : : | |

## ORDER

Upon consideration of defendant's motion in limine filed on November 10, 2009, plaintiff's response in opposition thereto, and upon other papers and proceedings had herein, it is hereby

**ORDERED** that defendant's motion in limine is denied.

_____
Thomas J. Aquilino, Jr., Senior Judge

Dated: _____
New York, NY